**GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5034.

United States Court of Appeals, Federal Circuit.

Oct. 8, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Catherine A. HADDOCK, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 03–3229.

United States Court of Appeals, Federal Circuit.

Oct. 8, 2003.

*ORDER*

On July 24, 2003, the court issued an order allowing Catherine A. Haddock ("Haddock") 21 days to "notify the court that she has dismissed her petition for review before the Board". Haddock has failed to comply with that order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.

**HOSLEY INTERNATIONAL TRADING CORP., Plaintiff–Appellee,**

v.

**DESIGNCO, Defendant–Appellant.**

No. 03–1538.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).